# UNITED STATES DISTRICT COURT
## District of Kansas

**FILED**
U.S. District Court
District of Kansas

MAR **2 8** 2014

**UNITED STATES OF AMERICA,**

Clerk, U.S. District Court
By _____ Deputy Clerk

**Plaintiff,**

v.

CASE NO. 14-_M-682_-01-_KMH_

**KYLE B. RAINS,**

**Defendant.**

---

## COMPLAINT

---

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### Distribution of Child Pornography
#### 18 U.S.C. 2252(a)(2)

On or about February 6, 2014, in the District of Kansas and elsewhere, the defendant,

#### KYLE B. RAINS,

did knowingly and intentionally distribute visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, in interstate commerce, in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 2

### Distribution of Child Pornography
### 18 U.S.C. 2252(a)(2)

On or about March 8, 2014, in the District of Kansas and elsewhere, the defendant,

### KYLE B. RAINS,

did knowingly and intentionally distribute visual depictions of minors, the production of which

involved the use of minors engaging in sexually explicit conduct and such visual depictions were

of such conduct, in interstate commerce, in violation of Title 18, United States Code, Section

2252(a)(2).

## COUNT 3

### Possession of Child Pornography
### 18 U.S.C. 2252(a)(4)(B)

On or about March 26, 2014, in the District of Kansas, the defendant,

### KYLE B. RAINS,

did knowingly and intentionally possess and access with intent to view one or more matters

which contained visual depictions of minors, the production of which involved the use of minors

engaging in sexually explicit conduct and such visual depictions were of such conduct, that had

been mailed, shipped and transported in interstate commerce by computer, all in violation of

Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses in violation of 18 U.S.C. §§ 2252(a)(2) or

2252(a)(4)(B), as set out in Counts 1 through 3 of this Indictment, the defendant, **KYLE B.**

**RAINS,** shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any

and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

Toshiba    laptop    model    number    NP300E5C-A07US    serial    number HYBS91QCA02467X with Samsung model number ST500LM012 serial number CNBA5903163BC540CA23663 hard drive.

All pursuant to Title 18, United States Code, Section 2253 (a).

I, Rick L. Moore, further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, in Wichita, Kansas and that this Complaint is based upon the following facts:

**See attached affidavit which is incorporated herein by reference.**

Continued on the attached sheet and made a part hereof:

___X___ Yes    _____ No

_____

Rick L. Moore, HSI
Wichita, KS

Subscribed and sworn to before me this 28th day of March, 2014, at Wichita, Kansas.

_____

Honorable Karen M. Humphreys
U.S. Magistrate Judge
District of Kansas

3

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

IN THE MATTER OF THE APPLICATION )
OF THE UNITED STATES OF AMERICA ) Case No. *14-m-6082-01-KMH*
FOR A WARRANT TO ARREST )
KYLE B. RAINS )

## AFFIDAVIT IN SUPPORT OF COMPLAINT

Rick L. Moore, having been duly sworn, states the following:

1.      I am a Homeland Security Investigations Special Agent (SA) of Immigration and Customs Enforcement currently assigned to the Wichita, Kansas office and have been a federal officer for over 11 years.  I have had the opportunity to conduct, coordinate, and/or participate in investigations of violations of Title 18, United States Code (U.S.C) § 2252, certain activities relating to material involving the sexual exploitation of minors.  I have gained expertise in conducting child pornography and child sexual exploitation investigations through training in seminars, classes, and everyday work.  I have conducted several investigations of individuals suspected of distributing, receiving and possessing child pornography and have participated in the execution of search warrants resulting in the seizure of multiple items of child pornography.

2.  This affidavit is being submitted in support of an application for a warrant to arrest Kyle B. Rains for the distribution of child pornography, a violation of Title 18 U.S.C. § 2252(a)(2), and possession of child pornography, a violation of Title 18 U.S.C. §  2252(a)(4)(B).

3.      The statements in this affidavit are based on my personal investigation of this matter, my training and experience, and information obtained from Detective Jennifer Wright of the Wichita Police Department.

## BACKGROUND OF INVESTIGATION

4.    On February 6, 2014 at 08:41:16 UTC (Coordinated Universal Time), an employee at Omegle was monitoring their video chat services and observed a chat conversation where a user from IP address 68.103.207.34 was engaged in a video chat and was streaming a video depicting a minor female (estimated age of 10-12 years) exposing her genitals and engaging in masturbation.  The Omegle chat system captured snapshots from the webcam video stream, which were submitted to the CyberTipline of the National Center for Missing and Exploited Children (NCMEC).  The NCMEC CyberTip was forwarded to the Kansas Internet Crimes Against Children Task Force, where Detective Jennifer Wright was assigned to investigate.

5.    On February 25, 2014, Detective Jennifer Wright of the Wichita Police Department initiated an investigation on IP address 68.103.207.34 which revealed that the IP address belonged to Cox Communications. Detective Wright obtained a search warrant for the subscriber information for the user of the IP address 68.103.207.34 during February 6, 2014 at 08:41:16 UTC.

6.    On March 21, 2014, Detective Wright received information from Cox Communications with the subscriber for IP address 68.103.207.34 being Cheryl Rains, 6417 North Tarrytown Street, Park City, Kansas 67219. With this information the Wichita Police Department was able to obtain a search warrant for the residence of 6417 North Tarrytown Street, Park City, Kansas 67219.

7.    On March 24, 2014, Wichita Police Department requested and obtained a search warrant for the residence located at 6417 North Tarrytown Street, Park City, Kansas.

8.      On March 26, 2014, the search warrant was executed at the residence. One of the items collected at the residence was a black Toshiba laptop model number NP300E5C-A07US serial number HYBS91QCA02467X, which was located in the dining/living area of the residence. The laptop contained one hard drive. The laptop hard drive was a Samsung model number ST500LM012 serial number CNBA5903163BC540CA23663.

9.      Detective Kim Kleinsorge interviewed Annette Rains, the wife to Kyle Rains. Both Annette and Kyle were present at the residence at the time the search warrant was being executed. Annette said the Toshiba laptop was used by her husband, Kyle Rains. Annette claimed to have used the laptop a few times, but it required a password to gain entry. Annette stated that she did not know the password; furthermore, Kyle was the only person that knew the password.

10.     On March 26, 2014, Detective Wright requested and obtained a search warrant for the Toshiba laptop. Detective Wright conducted a forensic examination of the hard drive on the laptop, which revealed a user account "Kyle". On the desktop of the user account "Kyle" revealed a folder labeled "kompozer-07.10win 32".

11.     Within this folder, there were sixteen (16) videos that that depicted prepubescent females engaged in sexual explicit conduct. The females appear to be to between three (3) and ten (10) years of age. An example of two (2) of the videos is as follows:

> a.) Video 22-11-2013 11 30 08.mp4: A minor female is nude lying on a bed with her legs open exposing her vaginal area. An adult male attempts to insert his penis into the child's vagina. The female appears to be three (3) to four (4) in age.

> b.) Video 22-11-2013 12 35 17.mp4: A minor female is facing the camera. She is holding an adult male penis with both hands and performing oral copulation. The female appears to be three (3) to four (4) in age.

12.     Also located in this folder were seven (7) videos which appeared to be previous

Omegle sessions that had been recorded by Rains. These included:

a.) In a video titled "ft3.avi," Kyle Rains can be seen engaged in a video chat session via Omegle. This video is approximately forty-five minutes long and shows Kyle Rains involved in video-chat sessions with various Omegle users. This video bears a creation date of March 20, 2014.

b.) In a video titled "ft2.avi", Rains inserts Video 22-11-2013 11 30 08.mp4 and Video 22-11-2013 12 35 17.mp4 (these videos are referenced above in paragraph 11) into the area where the receiving Omegle user would normally see Kyle Rains on the web cam. In this manner, Rains would play and distribute child pornography. This video is approximately one hour in length, and shows each of these videos being played for various Omegle users. This video bears a creation date of March 8, 2014. A sanitized screen shot from the video titled "ft2.avi" is provided below, showing Rains stream of child pornography on the bottom with his audience depicted on the top:



WHEREFORE, Affiant has probable cause to believe, and does believe, that KYLE BRANDON RAINS did distribute child pornography, to wit: sending the image of the minor engaged in sexually explicit conduct via the internet on February 6, 2014 and March 8, 2014, in

Page **4** of **5**

violation of 18 USC § 2252(a)(2), and possessing images depicting minor child engaged in sexually explicit conduct on March 26, 2014, in violation of 18 U.S.C. 2252(a)(4)(B).

FURTHER AFFIANT SAITH NOT.

Rick L. Moore
Special Agent
Homeland Security Investigations
Wichita, Kansas

Subscribed and sworn to me this _28th_ day of _May_, 2014.

Karen M. Humphreys
U.S. Magistrate Judge
District of Kansas